[No. 23246-8-III.  Division Three.  October 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00895-4, Dennis D. Yule, J., entered July 23, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23383-9-III.  Division Three.  October 20, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. KENNETH A. SHOCKLEY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01285-9, Jerome J. Leveque, J., entered August 19, 2004. *Reversed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

[No. 49850-9-I.  Division One.  October 24, 2005.]

ALPENTAL COMMUNITY CLUB, INC., ET AL., *Respondents*, v. SEATTLE GYMNASTICS SOCIETY ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-05774-1, J. Kathleen Learned, J., entered December 14, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 53589-7-I.  Division One.  October 24, 2005.]

THE STATE OF WASHINGTON, *on behalf of Nathan Edward Ross, Petitioner*, v. JOHN EDWARD ROSS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 94-3-08711-1, James A. Doerty, J., and Stephen Gaddis, J. Pro Tem., entered October 3, and November 4, and 24, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Grosse, J.